RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Jose Antonio Guzman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANTONIO GUZMAN,<br><br>Defendant. | Case No. 2:25-mj-00110-BNW<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Jose Antonio Guzman, that the bench trial currently scheduled on June 25, 2025, at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to receive, review discovery and conduct investigations to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2.      Defense counsel has requested additional discovery.

3.      The defendant is out of custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

5.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

This is the first request for a continuance of the bench trial.

DATED this 23rd day of June 2025.

| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
|---|---|
|    */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender |    */s/ Skyler Pearson*<br>By_____<br>SKYLER PEARSON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JOSE ANTONIO GUZMAN,<br><br>        Defendant. | Case No. 2:25-mj-00110-BNW<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to receive, review discovery and conduct investigations to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. Defense counsel has requested additional discovery.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the

opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), when considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, June 25, 2025, at 9:00 a.m., be vacated and continued to October 8, 2025 at 9:00 a.m.

DATED this \_\_\_23\_\_\_ day of June 2025.

_____
UNITED STATES MAGISTRATE JUDGE

4