RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BETHANY WANG BALCHUNAS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Bethany_WangBalchunas@fd.org

Attorney for Jose Antonio Guzman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00110-BNW |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE BENCH TRIAL** |
| JOSE ANTONIO GUZMAN, | (Third Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Bethany Wang Balchunas, Assistant Federal Public Defender, counsel for Jose Antonio Guzman, that the bench trial currently scheduled on January 21, 2026, at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court but no sooner than thirty-five (35) days.

This Stipulation is entered into for the following reasons:

1.      Counsel for the defendant needs additional time to review discovery and conduct investigations to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2.      The defendant is out of custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

4.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and completely investigate the discovery materials provided.

This is the third request for a continuance of the bench trial.

DATED this 16th day of January, 2026.


RENE L. VALLADARES                          TODD BLANCHE
Federal Public Defender                     Deputy Attorney General of the United States


     /s/ Bethany Wang Balchunas                  /s/ Skyler Pearson
By_____         By_____
BETHANY WANG BALCHUNAS                SKYLER PEARSON
Assistant Federal Public Defender           Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE ANTONIO GUZMAN,<br><br>    Defendant. | Case No. 2:25-mj-00110-BNW<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to review discovery and conduct investigations to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and completely investigate the discovery materials provided.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), when considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

## **ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, January 21, 2026, at 9:00 a.m., be vacated and continued to  February 25, 2026  at  9 : 00  a.m.

DATED this  20th  day of January 2026.

_____
UNITED STATES MAGISTRATE JUDGE