RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BETHANY WANG BALCHUNAS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Bethany_WangBalchunas@fd.org

Attorney for Jose Antonio Guzman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00110-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE BENCH TRIAL** |
| v. | (Fourth Request) |
| JOSE ANTONIO GUZMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Bethany Wang Balchunas, Assistant Federal Public Defender, counsel for Jose Antonio Guzman, that the bench trial currently set for February 25, 2026, be vacated and continued to April 1, 2026.

This Stipulation is entered into for the following reasons:

1.     On January 26, 2026, defense counsel learned from Mr. Guzman's brother that Mr. Guzman had passed away.

2.     Counsel for the government intends to move for dismissal of the complaint upon receiving a copy of Mr. Guzman's death certificate.

3. On January 30, 2026, defense counsel was advised by Mr. Guzman's family that a death certificate would be available in 6 to 9 weeks.

4. Counsel agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

This is the fourth request for a continuance of the bench trial.

DATED this 5th day of February, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

*/s/ Bethany Wang Balchunas*
By_____
BETHANY WANG BALCHUNAS
Assistant Federal Public Defender

*/s/ Skyler Pearson*
By_____
SKYLER PEARSON
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>JOSE ANTONIO GUZMAN,<br><br>      Defendant. | Case No. 2:25-mj-00110-BNW<br><br><u>FINDINGS OF FACT, CONCLUSIONS</u><br><u>OF LAW AND ORDER</u> |

**<u>FINDINGS OF FACT</u>**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On January 26, 2026, defense counsel learned from Mr. Guzman's brother that Mr. Guzman had passed away.

2. Counsel for the government intends to move for dismissal of the complaint upon receiving a copy of Mr. Guzman's death certificate.

3. On January 30, 2026, defense counsel was advised by Mr. Guzman's family that a death certificate would be available in 6 to 9 weeks.

4. Counsel agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

**<u>CONCLUSIONS OF LAW</u>**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), when considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the bench trial currently set for Wednesday, February 25, 2026, at 9:30 a.m., be vacated and continued to _April 1, 2026_ at _9_ : _30 a_ .m.

DATED this __6th__ day of February 2026.

_____
UNITED STATES MAGISTRATE JUDGE

4